**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-7158**

———————

SHELBY DEAN SKAGGS,

        Plaintiff - Appellant,

    v.

JAY M. HOKE; VICTOR NAVY; T. M. DIVITA; JACKIE STEVENS, WVa. Bar No. 7234,

        Defendants - Appellees.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Irene C. Berger, District Judge.  (2:23-cv-00759)

———————

Submitted:  May 22, 2025                              Decided:  May 28, 2025

———————

Before KING, AGEE, and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Shelby Dean Skaggs, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shelby Dean Skaggs appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Skaggs's 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Skaggs v. Hoke*, No. 2:23-cv-00759 (S.D. W. Va. Nov. 25, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*